United States District Court
Southern District of Texas
**ENTERED**
April 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANNE NEWMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:19-cv-00434 |
| FIREMAN'S FUND INSURANCE ) | |
| COMPANY and NATIONAL SURETY ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S COMPLAINT

ON THIS DAY, came before this Court for hearing Plaintiff's Unopposed Motion for Leave to File Plaintiff's Complaint. The Court, having considered same, any response thereto, and the evidence on file, is of the opinion that the Motion should be **GRANTED**. It is therefore:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff have leave of Court to file Plaintiff's Complaint, which was provided with Plaintiff's Motion.

Plaintiff is **ORDERED** to electronically file the Complaint within ten (10) days of the signing of this Order.

SIGNED and ENTERED this 5th day of April, 2019.

_____
JUDGE PRESIDING

1